FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 1 2015

CHRISTOPHER A. PRINE
CLERK

Attention: Mr. Christopher A. Prine

Mr. Prine, My name is DaShonn Leonardo Davis Spn# 02590095, Case No. 01-14-00770-CR, 01-14-00771 CR in the First Court of Appeals.

I recieved an agreement from this Court of appeals that my appeal has been dismissed on May 10, 2015. I recently recieved a reply from an I-60 I wrote stating I'm am still under appeal I know I can not go or be release to the custody of T.D.C intill that appeal is dismissed I am respectfully requesting any assistance you can give concerning this said matter any help given will be greatly appreciated thank you, may God's blessings be on to you

DaShonn Davis #02590095   6 L-2
701 N. San Jacinto
Houston, Tx 77002

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Dashon Alonardo Davis
SPN: 02590095    Cell: 6-1-2
Street: 701 N. San Jacinto

Houston, Texas 77002

LEGAL
INDIGENT

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR - 1 2015

CHRISTOPHER A. PRINE
CLERK

First Court of Appeals
301 Fannin Street
Houston, Texas 77002

HCSO

TX...
30 MAR '15
PM 7 L

US POSTAGE >> PITNEY BOWES

ZIP 77019 $ 000.48°
02 1W
0001374179 MAR 30 2015

77002206699